[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 24, 2007
THOMAS K. KAHN
CLERK

No. 07-10717
Non-Argument Calendar
_____

D. C. Docket No. 06-00411-CR-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PECHOKA LAVERNE SANDERS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

**(September 24, 2007)**

Before ANDERSON, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Colin A. McRae, counsel for Pechoka Laverne Sanders, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sanders's revocation of supervised release and sentence are **AFFIRMED**.